JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSIO BLACKWELL, an individual.<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK N.A.; U.S. BANCORP, a corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17-CV-05682-MWF-SS<br><br>[*Assigned to the Hon. Michael W. Fitzgerald, Courtroom 5A*]<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Having considered the Stipulation to Dismiss Entire Action with Prejudice submitted by Plaintiff Ambrosio Blackwell and Defendants U.S. Bank, N.A. and U.S. Bancorp, this action is dismissed in its entirety with prejudice. Each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 26, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge

258463.1

258463.1

1

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE